In the Matter of Acquiring Title by The City of New York to Certain Lands and Premises Located at 132d Avenue (Clifton Avenue) and 132d Road (Carleton Avenue) East of Springfield Road, Springfield, Borough of Queens, City of New

York, Duly Selected as a Site for School Purposes According to Law.— Motion to direct payment of award granted. Order signed. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

In the Matter of the Application of GUSTAF E. DRAKE for Admission to the Bar. (From the State of Minnesota.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.